PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 009924
MULLINS & TRENCHAK, ATTORNEY'S AT LAW
1614 S. Maryland Pkwy.
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
*Attorney for Plaintiff Skye Kuka*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SKYE KUKA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STRATOSPHERE GAMING, LLC dba THE STRAT, a limited liability company;<br><br>Defendant. | CASE NO.: 2:20-cv-01397-JAD-BNW<br><br>**STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS [Dkt. no. 10]**<br><br>ECF No. 13 |

Plaintiff, SKYE KUKA (hereinafter "Plaintiff"), by and through her attorney, Philip J. Trenchak, Esq. of Mullins & Trenchak, Attorneys at Law and Defendant Stratosphere Gaming. LLC d/b/a THE STRAT, by and through Deverie J. Christensen, Esq. and Lynne McChrystal, Esq. of JACKSON LEWIS, P.C. do hereby stipulate to extend the time Plaintiff has to file a Response to Defendant's Partial Motion to Dismiss [Docket No. 10] the Complaint [Docket No. 1].

///

///

///

1

The Response is currently due on September 16, 2020. The parties do hereby stipulate to an extension which would give Plaintiff up to and including September 30, 2020 to file a Response to the Partial Motion to Dismiss the Complaint.

DATED this 15th day of September, 2020.

JACKSON LEWIS, P.C.

/s/ Deverie Christensen
Deverie Christensen, Esq.
Nevada Bar No. 6596
Lynne McChrystal, Esq.
Nevada Bar No. 14739
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
*Attorneys for Defendant*

DATED this 15th day of September, 2020.

MULLINS & TRENCHAK, ATTORNEYS AT LAW

/s/ Philip J. Trenchak
Philip J. Trenchak, Esq.
Nevada Bar No. 9924
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
*Attorney for Plaintiff*

## ORDER

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 16, 2020