**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SKYE KUKA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Stratosphere Gaming, LLC d/b/a THE STRAT, a limited liability company,<br><br>Defendant. | Case No.: 2:20-cv-01397-ART-BNW<br><br>**ORDER APPROVING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Defendant Stratosphere Gaming, LLC d/b/a THE STRAT, by and through its counsel of record, and Plaintiff Sky Kuka, by and through her counsel of record, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

JACKSON LEWIS P.C.
LAS VEGAS

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 15th day of December, 2022.

| | |
|---|---|
| LAW OFFICE OF<br>MULLINS & TRENCHAK | JACKSON LEWIS P.C. |
| */s/ Philip J. Trenchak*<br>Philip J. Trenchak, Esq., Bar No. 9924<br>1614 S. Maryland Parkway<br>Las Vegas, Nevada 89104 | */s/ Deverie J. Christensen*<br>Deverie J. Christensen, Bar No. 6596<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| *Attorney for Skye Kuka* | *Attorneys for Defendant Stratosphere Gaming LLC.* |

**ORDER**

IT IS SO ORDERED _____December 20_____, 2022.

_____
Anne R. Traum
U.S. District Court Judge